IN THE
AUSTIN, TEXAS

FELIX LONGORIA JR §
        Appellant

§

VS. §    CASE NO. PD-1141-14 OF CRIMINAL APPEALS

THE STATE OF TEXAS §
        Appellee

§

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

APPELLANT'S MOTION FOR STAY OF MANDATE

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now, Felix Longoria Jr., in the above-styled and numbered case, proceeds pro-se, and moves this Honorable Court under and pursuant to the Texas Rules of Appellate Procedure, Rule 18.2 requesting appellant's motion for stay of mandate. In support thereof, the appellant will show the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

I.

This Court has subject-matter jurisdiction under the rules of the Texas Rules of Appellate Procedure to hear this motion.

II.

On February 25,2015, this Honorable Court sent to the appellant the clerk's card showing that the Motion for Rehearing is denied. Appellant received this card not until March 2,2015 and now has had opportunity to perfect this motion in order to file his Petition to the United States Supreme Court on Certiorari and based upon conflicting matters .

III.

Appellant, involks his procedural process in order to fully show that he has been denied review of certain substantial rights and seeks review for redress.

- 1 -

## IV.
## CONCLUSION AND PRAYER

Appellant, asks that and prayes this motion for stay of mandate is granted in all things by this Honorable Court of Criminal Appeals.

Signed and Dated on this the ___6___ of _March_____ ,2015

Respectfully Submitted,

_Felix Longoria Jr_____ ,

Felix Longoria Jr., Appellant-Pro Se

TDCJ-ID # 1922018 @ 1100 F.M. Rd. 655 Ramsey

Rosharon, Texas 77583

## CERTIFICATE OF Service

I _Felix Longoria Jr._____ , certify that the foregoing Motion is sent by postal mail service to the State Prosecuting Attorney's office Lisa C. McMinn-P.O.Box 13046 in Austin, Texas 78711.

_Felix Longoria Jr._____